# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB 1 7 2021

JAMES N. HATTEN, Clerk

By: _____ Deputy Clerk

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CASE NO.
1:21-MJ-151-CCB

VERDEN ANDREW NALLEY,

Defendant.

## ORDER APPOINTING COUNSEL

### THOMAS HAWKER

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 17th day of February, 2021.

_____
**CHRISTOPHER C. BLY**
**UNITED STATES MAGISTRATE JUDGE**