IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB 17 2021

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

UNITED STATES OF AMERICA

v.

VERDEN ANDREW NALLEY

Criminal Action No.
1:21-MJ-151

## Government's Motion for Detention

The United States of America, by counsel, Kurt R. Erskine, Acting United States Attorney, and Ryan K. Buchanan, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

1.     **Eligibility of Case**

This case is eligible for a detention order because this case involves:

A serious risk that the defendant will flee;

A serious risk that the defendant will obstruct or attempt to obstruct justice; and

A serious risk that the defendant will threaten, injure, or intimidate a prospective witness or juror, or attempt to do so.

2.     **Reason for Detention**

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

**3. Time for Detention Hearing**

The United States requests the Court conduct the detention hearing after continuance of 2 days.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: February 17, 2021.

Respectfully submitted,

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181

KURT R. ERSKINE
Acting United States Attorney

*Ryan K. Buchanan*

RYAN K. BUCHANAN
Assitant U.S. Attorney
Ga. Bar No. 623388

## Certificate of Service

I served this document today by electronic mail.

February 17, 2021

*Ryan K. Buchanan*
RYAN K. BUCHANAN
Assistant U.S. Attorney