AO 470 (8/85) Order of Temporary Detention

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB 17 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER OF TEMPORARY DETENTION |
| vs. | PENDING HEARING PURSUANT |
| VERDEN ANDREW NALLEY, | TO BAIL REFORM ACT |

CASE NO. 1:21-MJ-151-CCB

On February 17, 2021, the Court held a detention hearing for the above-named Defendant. Counsel for Defendant requested additional time to review court records before the Court made a ruling on the pending motion for detention. It is **ORDERED** that the detention hearing is continued to **FRIDAY, FEBRUARY 19, 2021, at 2:00 P.M.** before United States Magistrate Judge Christopher C. Bly, U.S. Courthouse, Richard B. Russell Building, 20th Floor, Courtroom 2008, 75 Ted Turner Dr., S.W., Atlanta, Georgia 30303.

Pending the hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated at Atlanta, Georgia this 17th day of February, 2021.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE