MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)   FILED IN OPEN COURT
DATE: 2/19/2021   @ 2:03
TAPE: FTR
TIME IN COURT: .53 minutes

| | |
|---|---|
| MAGISTRATE JUDGE | CHRISTOPHER C. BLY |
| CASE NUMBER: | 1:21-MJ-151-CCB |
| AUSA: Ryan Buchanan | |
| USPO / PTR: | |

COURTROOM DEPUTY CLERK: JAMES JARVIS
DEFENDANT'S NAME: Verden Andrew Nalley
DEFENDANT'S ATTY: Thomas Hawker
( ) Retained  ( ) CJA  (X) FDP  ( ) Waived

_____ ARREST DATE _____
_____ Initial appearance hearing held.                    _____ Defendant informed of rights.
_____ Interpreter sworn:

## COUNSEL

_____ ORDER appointing Federal Defender as counsel for defendant.
_____ ORDER appointing _____ as counsel for defendant.
_____ ORDER: defendant to pay attorney's fees as follows: _____

## IDENTITY / PRELIMINARY HEARING

_____ Defendant ORALLY WAIVES identity hearing.                    _____ WAIVER FILED
_____ Identity hearing HELD.   _____ Def is named def. in indictment/complaint; held for removal to other district.
_____ Defendant ORALLY WAIVES preliminary hearing in this district only.   _____ WAIVER FILED
_____ Preliminary hearing HELD.   _____ Probable cause found; def. held to District Court for removal to other district
_____ Commitment issued. Detention hearing to be held in charging district

## BOND/PRETRIAL DETENTION HEARING

_____ Government motion for detention filed .                                                    @ _____
_____ Pretrial hearing set for _____ @ _____   ( ) In charging district.)
✓ Bond/Pretrial detention hearing held.
✓ Government motion for detention  ( ) GRANTED  (✓) DENIED
_____ Pretrial detention ordered.   _____ Written order to follow.
✓ BOND set at $10,000   ✓ NON-SURETY   _____ SURETY
_____ cash   _____ property   _____ corporate surety ONLY
✓ SPECIAL CONDITIONS: see bond for specifics
✓ Defendant released.
_____ Bond not executed. Defendant to remain in Marshal's custody.
_____ Motion ( verbal) to reduce/revoke bond filed.
_____ Motion to reduce/revoke bond   _____ GRANTED   _____ DENIED
_____ See page 2